FILED
United States Court of Appeals
Tenth Circuit

July 21, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

MATTHEW CHARLES SCHLOBOHM,

   Plaintiff - Appellant,

v.

DONALD ASH; (FNU) FEWELL; (FNU) MEADOR; (FNU) RAMIREZ; (FNU) (LNU) (1), Registered Nurse; (FNU) (LNU) (2), Programs Staff; (FNU) (LNU) (3), Commissary Manager for Aramark; (FNU) HILL; WELLPATH, LLC; DANNY K. STANTON; (FNU) LYONS; UNITED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS; WYANDOTTE COUNTY SHERIFF'S DEPARTMENT; ESMERALDA WILSON; KARINA PURCELL; D. DULL; (FNU) TAYLOR; (FNU) BOND,

   Defendants - Appellees.

No. 25-3035
(D.C. No. 5:23-CV-03014-JWL)
(D. Kan.)

_____

**ORDER**

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

                                           Entered for the Court

                                           CHRISTOPHER M. WOLPERT, Clerk