UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

July 21, 2025

Ms. Skyler O'Hara  
United States District Court for the District of Kansas  
Office of the Clerk  
444 Southeast Quincy  
U.S. Courthouse  
Room 490  
Topeka, KS 66683-0000

Casey L. Meyer  
Unified Government of Wyandotte County  
Legal Department  
701 North 7th Street, Suite 961  
Kansas City, KS 66101

Mr. Matthew Charles Schlobohm  
4210 Clark Avenue, Apartment 302  
Kansas City, MO 64111

**RE:**     **25-3035, Schlobohm v. Ash, et al**  
              Dist/Ag docket: 5:23-CV-03014-JWL

Dear Clerk, Counsel, and Appellant:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at