# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**MATTHEW CHARLES SCHLOBOHM,**

*Plaintiff-Appellant,*

v.

**DONALD ASH, et al.,**

*Defendants-Appellees.*

Case No. 25-3035

---

## APPELLANT'S MOTION TO REINSTATE APPEAL

Plaintiff-Appellant Matthew Schlobohm respectfully moves this Court to reinstate the above-captioned appeal, which was dismissed for lack of prosecution on July 21, 2025, pursuant to Federal Rule of Appellate Procedure 3(a)(2) and 10th Circuit Rule 3.2.

### I. PROCEDURAL HISTORY

1. On September 23, 2024, Appellant filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), prior to an answer or motion for summary judgment.

2. On September 27, 2024, the district court entered an order denying Appellant's notice of voluntary dismissal, dismissing the case on the merits.

1

3. Appellant filed post-judgment motions seeking reconsideration based on Appellant's notice of voluntary dismissal without prejudice, but the district court denied the motions.

4. Appellant timely filed a notice of appeal.

5. After two extensions, the deadline for Appellant's opening brief was June 23, 2025.

6. On July 21, 2025, this Court dismissed the appeal for lack of prosecution pursuant to 10th Cir. R. 42.1.

## II. GROUNDS FOR REINSTATEMENT

### A. Technical Interference with Electronic Filing and Communications

Appellant has experienced the following documented technical difficulties:

1. All email accounts have been compromised and are not functioning properly.

2. PACER access has been repeatedly blocked with error messages – for various reasons, including issues with cookies or non-specific errors – despite following all troubleshooting steps.

3. Appellant's router was replaced outside of his presence after a service call to his ISP. The replacement router bore non-standard markings indicative of compromise.

4. PowerShell on Appellant's computer fails to launch, displaying error messages indicating it cannot load a configuration file from a cloud location.

5. Appellant has received emails that appear to be from federal agencies and court personnel that contain inconsistencies.

### B. Interference with Communications

1. Appellant made over 20 attempts to reach the FBI and USPIS by telephone. These calls did not connect to the intended agencies.

2. Physical mail has arrived after deadlines or not at all, including court documents.

3. Appellant's computer indicates his network is connected to an IP address registered to 3913 NE 54th Street, Kansas City, MO, which is not his residence.

4. Appellant has no ability to reliably or securely communicate.

### C. The Jurisdictional Issue on Appeal

Appellant's appeal raises the issue of whether the district court retained jurisdiction after Appellant filed a Rule 41(a)(1)(A)(i) voluntary dismissal before any defendant had been served or filed an answer or motion for summary judgment.

### III. EXCUSABLE NEGLECT ANALYSIS

Under *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993), the Court considers four factors:

1. **Danger of prejudice**: The appeal involves a question of law. No prejudice to Appellees from reinstatement.

2. **Length of delay**: The appeal was dismissed approximately 30 days after the brief deadline.

3. **Reason for delay**: Technical failures prevented electronic filing and communication difficulties prevented obtaining assistance.

4. **Good faith**: Appellant attempted to comply with deadlines but was prevented by technical issues.

### IV. REQUEST FOR RELIEF

Appellant respectfully requests that this Court:

1. Reinstate the appeal;

2. Grant an extension of 60 days from reinstatement to file the opening brief;

3. Permit alternative methods of filing if electronic filing continues to fail;

4. Consider appointing counsel given the ongoing technical difficulties.

RESPECTFULLY SUBMITTED this 24th day of July, 2025.

/s/ Matthew Schlobohm

Matthew Schlobohm

Pro Se Appellant

4210 Clark Avenue

Kansas City, Missouri 64111

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2)(A) as it contains fewer than 5,200 words, excluding parts exempted by Fed. R. App. P. 32(f).

/s/ Matthew Schlobohm
Matthew Schlobohm

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I attempted to file this motion with the Clerk of the Court. Due to technical difficulties with electronic filing, I request that the Court direct the Clerk to serve this motion on all parties of record.

/s/ Matthew Schlobohm
Matthew Schlobohm