# DECLARATION OF MATTHEW CHARLES SCHLOBOHM

I, Matthew Schlobohm, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff-Appellant in Case No. 25-3035.

2. On July 21, 2025, I received notification that my appeal had been dismissed for lack of prosecution.

3. I was unable to file my opening brief by June 23, 2025, due to technical failures with my computer systems and communication devices.

4. When attempting to access PACER, I repeatedly received error messages about cookies despite clearing cookies and trying different browsers.

5. I have attempted to contact the FBI and USPIS more than 20 times by telephone beginning in or around November 2024 and continuing to the current day to the extent possible. No calls connect to these – or any other – agencies.

6. My PowerShell program will not launch and displays an error message about being unable to load a configuration file from "M:\OneDrive\Documents\PowerShell\powershell.config.json."

7. After calling my ISP about router problems and concerns of compromise in November 2024, I received a replacement router that had non-standard markings and stickers.

8. Court mail has arrived late or not at all during the relevant time period.

1

9. Confidential legal mail appears to have been intercepted and tampered. *See Exhibit A.*

10. Mail from this Court arrived cut open from top to bottom with its contents atypical. *See Exhibit A.*

11. I have received emails purporting to be from federal agencies and court personnel that contained unusual elements.

12. My computer shows my network connected to an IP address registered to 3913 NE 54th Street, Kansas City, MO. This is not my address.

13. These technical problems have prevented me from filing documents and communicating with the court normally.

Executed on: July 24, 2025

/s/ Matthew Schlobohm

Matthew Schlobohm

# EXHIBIT A

| Date | Purported Sender | Meter Number | ZIP | Purpose |
|---|---|---|---|---|
| 2024-12-02 | Appellate Defender's Office, Topeka Kansas | 0008027002 | 64108 | |
| 2024-12-30 | Appellate Defender's Office, Topeka Kansas | 0008027002 | 64108 | Purported State's Brief with letter from my attorney stating it would be months before anything else happened |
| 2024-12-02 | Appellate Defender's Office, Topeka Kansas | 0008027002 | 64108 | Purported Brief on the Merits with letter from appointed attorney |
| 2024-03-27 | Appellate Defender's Office, Topeka Kansas | 0008029067 | 64108 | |
| 2024-03-27 | Appellate Defender's Office, Topeka Kansas | 0008029067 | 64108 | Copy of docketing statement purportedly from James Latta |
| 2025-03-24 | Office of the Sheriff, Wyandotte County | 0008027013 | 64108 | Federal Section 1983 correspondence |

| Date | Sender | ID | ZIP | Description |
|---|---|---|---|---|
| 2023-12-15 | Office of the Sheriff, Wyandotte County | 0008029067 | 64108 | Federal Section 1983 correspondence |
| 2025-04-02 | KS State Board of Indigents' Defense Services | 041M12254011 | 66606 | Letter from attorney |
| 2024-12-26 | KS State Board of Indigents' Defense Services | 041M12254512 | 66606 | Attorney correspondence |
| 2024-08-12 | KS State Board of Indigents' Defense Services | 041M12254558 | 66606 | Out of Time Status Report |
| 2025-02-28 | United States Court of Appeals for the Tenth Circuit | 036B 0011830899 | 80257 | Pro Se Entry of Appearance -- envelope was cut open from top to bottom on the left-hand side and all paper contents were damp and wrinkled |