FILED
United States Court of Appeals
Tenth Circuit

July 24, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

MATTHEW CHARLES SCHLOBOHM,

    Plaintiff - Appellant,

v.

DONALD ASH, et al.,

    Defendants - Appellees.

No. 25-3035
(D.C. No. 5:23-CV-03014-JWL)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on appellant Matthew Schlobohm's *Motion to Reinstate Appeal* and Mr. Schlobohm's *Declaration*. (Dkt. Nos. 21, 22.)

After several extensions of time granted by the court, Mr. Schlobohm's opening brief in this appeal was due June 23, 2025. (Dkt. No. 14.) The court cautioned Mr. Schlobohm that if he failed to file his opening brief by June 23, 2025, the court might dismiss this appeal under Tenth Circuit Rule 42.1. Mr. Schlobohm failed to file his opening brief on or before June 23, 2025.

When Mr. Schlobohm had still not filed his opening brief by July 21, 2025, the court dismissed this appeal under Tenth Circuit Rule 42.1.

Tenth Circuit Rule 42.2 governs the reinstatement of an appeal—like this one—dismissed for failure to prosecute. A motion to reinstate "may not be filed unless the

failure is remedied or the remedy for the failure accompanies the motion." 10th Cir. R. 42.2.

Here, the failure to prosecute was Mr. Schlobohm's failure to file an opening brief. Mr. Schlobohm has not filed his opening brief and the *Motion* is not accompanied by his opening brief. Consequently, the court denies the *Motion* without prejudice to renewal.

                                              Entered for the Court

                                              CHRISTOPHER M. WOLPERT, Clerk