FILED
United States Court of Appeals
Tenth Circuit

July 28, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

MATTHEW CHARLES SCHLOBOHM,

    Plaintiff - Appellant,

v.

DONALD ASH, et al.,

    Defendants - Appellees.

No. 25-3035
(D.C. No. 5:23-CV-03014-JWL)
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on appellant Matthew Schlobohm's *Emergency Motion to Seal and Withdraw Erroneously Filed Declaration and for Leave to File a Substitute Declaration*. (Dkt. No. 24.) Mr. Schlobohm asks the court to seal the declaration he filed on July 24, 2025. (Dkt. No. 22.)

First, the court notes that the *Emergency Motion* does not contain a statement of the opposing side's position on the requested relief, as this court's rules require. *See* 10th Cir. R. 27.1. Future motions that do not comply with Tenth Circuit Rule 27.1 may be summarily denied on that basis.

Upon consideration, the court provisionally grants the *Emergency Motion* to the extent it seeks sealing of Dkt. No. 22—subject to reconsideration by any panel of judges that ultimately is assigned to consider this appeal on its merits. In the meantime, the court

directs its Clerk to place Dkt. No. 22 provisionally under seal. It will remain sealed unless and until a merits panel orders otherwise.

The court notes that this appeal was dismissed for failure to prosecute on July 21, 2025. (Dkt. Nos. 19-20.) Consequently, the only thing appropriate for filing in this matter is a rule-compliant motion to reinstate. *See* 10th Cir. R. 27.1; 42.2. The court cautions Mr. Schlobohm that it may not respond to or take any action on any further submissions in this closed appeal (aside from a fully rule-compliant motion to reinstate).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk