# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**MATTHEW CHARLES SCHLOBOHM,**
Plaintiff-Appellant,

v.

**DONALD ASH, et al.,**
Defendants-Appellees.

**Case No. 25-3035**

---

## NOTICE OF INTENT TO SUPPLEMENT THE RECORD WITH SUPPORTING EXHIBITS

---

Plaintiff-Appellant Matthew Charles Schlobohm respectfully notifies the Court that, due to the volume and complexity of the supporting materials and the urgency of the concurrently filed Emergency Motion for Injunctive Relief, Appointment of Counsel, and Ancillary Relief, certain referenced exhibits (including Exhibits 1, 2, and 3) will be filed as supplemental exhibits as soon as practicable.

Plaintiff respectfully requests leave of Court to supplement the record with Exhibit 1 (Spreadsheet of Envelopes and Postage Meter Numbers), Exhibit 2 (Photographs of Tampered Mail and Envelopes), Exhibit 3 (Contemporaneous Logs and Notes), and any additional supporting documentation referenced in the Emergency Motion, as soon as these materials are available.

Plaintiff further respectfully requests that all such supplemental exhibits and supporting documentation be accepted for filing under seal or subject to a protective order, as indicated in the Emergency Motion, to protect Plaintiff's personal and legal safety.

Plaintiff will serve all supplemental exhibits on counsel for Defendants-Appellees by email on the date of filing and will file an updated certificate of service accordingly.

### Certificate of Service

I hereby certify that on July 29, 2025, I filed the foregoing Notice of Intent to Supplement the Record with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to all registered participants. I further certify that a true and correct copy of this notice was served on counsel for Defendants-Appellees, Donald Ash, et al., by email on July 29, 2025.

/s/ Matthew Charles Schlobohm
Matthew Charles Schlobohm

Respectfully submitted,

s/ Matthew Charles Schlobohm
Matthew Charles Schlobohm
4210 Clark Ave., Apt. 302
Kansas City, Missouri 64111
(816) 237-8896
mschlobohm@proton.me
Dated: July 29, 2025